IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DYNAMICS RESEARCH CORP. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-340-F |
| | ) | (WO) |
| TYBRIN CORPORATION, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

# O R D E R

This action is presently before the court on Plaintiff's Motion to Dismiss Tybrin Corporation (Doc. # 49) filed on May 27, 2005.  Although it was given an opportunity to do so, said defendant has filed no objection to the motion.  Accordingly, it is

ORDERED that the motion is GRANTED.  Defendant Tybrin Corporation is hereby DISMISSED WITH PREJUDICE from the above-styled action, costs taxed as paid.

DONE this 8th day of July, 2005.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE